UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-0019-JPH-MG |
| ) | |
| TYRONE JONES, ) | - 01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On May 30, 2024, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on August 24, 2023, [dkt. 76], and May 30, 2024, [dkt. 81]. Defendant Jones appeared in person with his appointed counsel Sam Ansell. The Government appeared by Barry Glickman, Assistant United States Attorney. The United States Probation Office appeared by Officer Ariene Boren.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Jones of his rights and provided him with a copy of the petition. Defendant waived his right to a preliminary hearing.

2. The Defendant, by counsel, orally moved to dismiss violation 2 prior to proceeding further, as the allegations of that alleged violation were inconsistent. The Government did not object to violation 2 being dismissed, and the Court granted Defendant's request to dismiss violation 2.

3. After being placed under oath, Defendant Jones admitted to violation number 1. [Docket No. 76.] The Government orally moved to dismiss the remaining violations, which motion was granted by the Court, such that violation numbers 3 and 4 are dismissed.

4. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner."**<br><br>On September 6, 2022, and August 10, 2023, Tyrone Jones tested positive for cannabinoids. On May 16, 2023, he tested positive for cocaine. On July 11, 2022, he tested positive for cocaine and fentanyl. On August 8, 2022, he tested positive for fentanyl. |

5. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months of imprisonment.

6. The Parties jointly recommended a sentence of 21 months with no supervised release to follow. Defendant requested placement at a facility closest to Bloomington, Indiana.

7. The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release. The Magistrate Judge recommends placement at a facility closest to Bloomington, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

8.      The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/31/2024

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system