UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00019-JPH-MG |
| | ) | |
| TYRONE JONES, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and

all findings therein, dkt. [89].  The Court now **ORDERS** that Tyrone Jones's

supervised release is therefore **REVOKED**, dkt. [81], and Mr. Jones is

sentenced to the custody of the Attorney General or his designee for

imprisonment of 21 months, with no federal supervision to follow.

**SO ORDERED.**

Date: 6/6/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C